UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

OCT - 6 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| LISA J. GILLARD<br>Plaintiff, pro se | )<br>)<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Case No. 07 C 4208<br>Judge Joan B. Gottschall<br>Magistrate Judge Arlander Keys |
| NORTHWESTERN UNIVERSITY<br>Defendant. | )<br>) | |

## Notice of Appeal

PLEASE TAKE NOTICE that <u>Lisa J. Gillard</u>, pro se petitioner/appellant under Fed. R. App. P. 4 (a) from the judgment, order, or decree of the Honorable Judge Joan B. Gottschall entered in the adversary proceeding on the <u>28</u> day of <u>September, 2010</u> files an APPEAL AS OF RIGHT under the law for the interest of justice at the clerk's office located at 219 South Dearborn Street, in the United States District Court for the Northern District of Illinois, Eastern Division within (30) days under the rule of law.

Dated: October 6, 2010

_____/s/
Pro Se Representative

LISA J. GILLARD
Petitioner/Appellant, pro se
P. O. Box 805993
Chicago, Illinois 60680-4121
Tel.: 1-312-316-4837
Email: the_gillardinstitute_inc@yahoo.com

## Certification

I certify that one paper copy of plaintiff's notice of appeal was served by way of US Postal Service on 6th day, October, 2010 to defendant's lead counsel on record:

Ellen M. Babbitt
Babbitt, Land & Warner LLP
332 S. Michigan Avenue
Suite 710
Chicago, Illinois 60604
Tel.: 1-312-427-5555

Dated: October 6, 2010

_____ /s/
Pro Se Representative

LISA J. GILLARD
Petitioner/Appellant, pro se
P. O. Box 805993
Chicago, Illinois 60680-4121
Tel.: 1-312-316-4837
Email: the_gillardinstitute_inc@yahoo.com