# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 6, 2010

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

BEFORE

WILLIAM J. BAUER, Circuit Judge
TERENCE T. EVANS, Circuit Judge
DIANE S. SYKES, Circuit Judge

| | |
|---|---|
| No.: 10-3337 | LISA J. GILLARD,<br>Plaintiff - Appellant<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:07-cv-04208<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall |

The following are before the court:

1. **NORTHWESTERN UNIVERSITY'S MOTION TO SUSPEND BRIEFING AND FOR SUMMARY AFFIRMANCE**, filed on November 22, 2010, by counsel for the appellee.

2. **NORTHWESTERN UNIVERSITY'S MOTION FOR SANCTIONS**, filed on November 22, 2010, by counsel for the appellee.

This court has carefully reviewed the orders of the district court, the district court's docket, and appellant's opening brief, as well as appellant's previous appeal in this matter,

No. 09-3449. Based on this review, the court has determined that further briefing would not be helpful. *See Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would not assist the court and no member of the panel desires briefing or argument). Summary affirmance is appropriate "when the arguments in the opening brief are incomprehensible or completely insubstantial." *United States v. Fortner*, 455 F.3d 752, 754 (7th Cir. 2006). Appellant does not present any substantial argument challenging the district court's ruling. Accordingly,

**IT IS ORDERED** that the appellee's motion for summary affirmance is **GRANTED**, and the judgment of the district court is summarily **AFFIRMED**.

The court has also carefully reviewed appellee's motion for sanctions. Appellant is not new to the 7th Circuit and has already been warned twice this year, in other cases, "to stop peppering this court with frivolous appeals" and that she may face a *Mack* bar. *See Gillard v. Bd. of Trustees of Comm. College Dist. No. 508*, 2010 WL 3522070, at *2 (7th Cir. 2010). Despite that warning, she has persisted with this frivolous appeal. Accordingly,

**IT IS FURTHER ORDERED** that the appellant Lisa J. Gillard is sanctioned $1,000 for filing a frivolous appeal. Within fourteen days of the date of this order, the appellant must tender to counsel for appellee a check payable to Northwestern University in the amount of $1,000. If the appellant fails to pay the sanction by the due date, appellee is directed to file a notice with this court and this court will enter an order directing the clerks of all federal courts in this circuit to return unfiled any papers submitted either directly or indirectly by or on behalf of the appellant against Northwestern University, whether filed in this action or in an attempt to initiate a new action, unless and until she pays in full the sanction that has been imposed against her. *See In re: City of Chi.*, 500 F.3d 582, 585-86 (7th Cir. 2007); *Support Sys. Int'l, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995) (per curiam). Immediately after appellant pays the sanction in full, appellee is **ORDERED** to file a notice with this court indicating as such.